# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4230

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Pastor Gonzalez, also known as | * | [UNPUBLISHED] |
| Vincente Santana, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: May 2, 2000

Filed: May 5, 2000

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Pastor Gonzalez appeals the district court's imposition of a 188-month sentence after the court vacated Gonzalez's original 262-month sentence. Counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Having reviewed the record, we find no nonfrivolous issues, see Penson v. Ohio, 488 U.S. 75, 80 (1988); Anders, 386 U.S. at 744; however, we note a clerical error on page four of the district court's amended judgment in the sentence under the heading "Additional Standard Conditions of Supervision." This sentence should be revised to read: "If

deported from the United States, the defendant shall not return to the United States without authorization."

Accordingly, we affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.